FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 25 PM 4: 43

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK CAMBRE | CIVIL ACTION NO. 05-6863 |
| VERSUS | |
| JEFFERSON PARISH SHERIFF OFFICE | SECTION M |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, as well as the Plaintiff's Objections to the Magistrate's report and recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

**Accordingly,**

**IT IS ORDERED** that plaintiff's case be **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. §1915 (e) (2) and 42 U.S.C. §1997 (e)(c)(1).

New Orleans, Louisiana, this 25th day of July, 2006.

_____
United States District Judge

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No._____